|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND**<br>JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 10-8733-JFW (SSx)**                                         Date:  December 20, 2010

Title:        Alis Gevorgyan -v- Equable Ascent Financial, LLC

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                                         None

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING DEFENDANT EQUABLE ASCENT FINANCIAL, LLC'S MOTION TO DISMISS COMPLAINT [filed 11/22/10; Docket No. 9]

   On November 22, 2010, Defendant Equable Ascent Financial, LLC ("Defendant") filed a Motion to Dismiss Complaint ("Motion").  Plaintiff Alis Gevorgyan ("Plaintiff") did not file an Opposition.  On December 8, 2010, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for December 27, 2010 is hereby vacated and the matter taken off calendar.  After considering the moving and reply papers and the arguments therein, the Court rules as follows:

   Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or December 6, 2010.  *See* Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  *See* Local Rule 7-12.  As of the date of this Order, Plaintiff has not filed an Opposition to Defendant's Motion.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant's Motion.

   Therefore, Defendant's Motion is **GRANTED**.  Plaintiff's Complaint is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice**.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr